IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: October 11, 2012 |
| Court Reporter: | Terri Lindblom | |

Criminal Action No. 11-cr-00516-MSK

*Parties*:                                              *Counsel Appearing:*

UNITED STATES OF AMERICA,                               Michele Korver

       Plaintiff,

v.

MONTGOMERY CHITTY,                                      Thomas Goodreid

       Defendant.

---

### COURTROOM MINUTES

---

HEARING:   Law and Motion

**3:36 p.m.   Court in session.**

Defendant present in custody.

The Court addresses Motion of Disclosure (**Doc. #23**).

**ORDER:**   Motion for Disclosure (**Doc. #23**) is **DENIED** as moot.

The Court addresses Motion to Continue (**Doc. #34**).

Argument.

**ORDER:**   Motion to Continue (**Doc. #34**) is **DENIED as moot.**

The Court addresses case status and trial readiness with counsel.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:** The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Trial is set on **February 4, 2013 at 8:30 a.m.** (5 days) and a final pretrial conference on **January 24, 2013 at 4:00 p.m.**, all in courtroom A901, 901 19th Street, Denver, CO. All subsequent days of trial will begin at 8:30 a.m., unless counsel are advised otherwise. This trial is set in the second position to a trial in Case No. 12-cr-00106. If the other trial proceeds as schedules, this matter will be assigned to another judge.

**ORDER:** Defendant is remanded to the care and custody of the United States Marshal Service.

**3:46 p.m.** **Court in recess.**

**Total Time: 10 minutes.**
**Hearing concluded.**